NUMBER 13-01-359-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


QUINTIN TOWNSEND AND T. MIKE TOWNSEND , Appellants,


v.

PATRICK TOWNSEND, ET AL. , Appellees.

____________________________________________________________________


On appeal from the 332nd District Court

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



Appellants, QUINTIN TOWNSEND AND T. MIKE TOWNSEND , perfected an appeal from a judgment entered by the
332nd District Court of Hidalgo County, Texas, in cause number C-1204-00-F . After the record was filed, appellants filed
a motion to dismiss the appeal. In the motion, appellants state that all matters in controversy have been settled. Appellants
request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 20th day of September, 2001 .